UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAFAEL REYES COLORES, | ) |
| | ) CASE NO. C12-1327-RSM |
| Petitioner, | ) |
| | ) |
| v. | ) ORDER OF DISMISSAL |
| | ) |
| NATHALIE ASHER, ICE Field Office Director, | ) |
| | ) |
| Respondent. | ) |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's motion to dismiss, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's petition for writ of habeas corpus (Dkt. 7) is DENIED, respondent's motion to dismiss (Dkt. 13) is GRANTED, and this action is DISMISSED as moot; and

(3) The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 4th day of January 2013.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE -1