01

02

03

04

05                 UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
                        AT SEATTLE

06 RAFAEL REYES COLORES,        )
                              )   CASE NO. C12-1327-RSM

07               Petitioner,       )
                              )

08       v.                     )   ORDER OF DISMISSAL
                              )

09 NATHALIE ASHER, ICE Field Office )
Director,                      )

10                               )
             Respondent.      )

11 _____ )

12        The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's

13 motion to dismiss, the Report and Recommendation of the Honorable Mary Alice Theiler,

14 United States Magistrate Judge, and any objections or responses to that, and the remaining

15 record, finds and Orders as follows:

16        (1)  The Court adopts the Report and Recommendation;

17        (2)  Petitioner's petition for writ of habeas corpus (Dkt. 7) is DENIED, respondent's

18 motion to dismiss (Dkt. 13) is GRANTED, and this action is DISMISSED as moot; and

19        (3)  The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

20        DATED this 4th day of January 2013.

21

22                                        RICARDO S. MARTINEZ
                                       UNITED STATES DISTRICT JUDGE